O

****AMENDED****

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JESUS GUERRERO TORRES Individually and as Successor-in-Interest to Decedent Genesis Guerrero-Espinoza,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORP. dba AMTRAK, et al.<br><br>Defendants. | CASE NO: 2:23-cv-01066 (KESx)<br><br>*Honorable Otis D. Wright II – Courtroom 5D*<br><br>**ORDER MODIFYING TRIAL SCHEDULING ORDER** |

The Court hereby **REVISES** the modified scheduling order as follows:

| DATE | MATTER |
| --- | --- |
| 05/27/25 | Trial at 9:00 a.m. |
| 05/22/25 | Deadline to File:<br>Final Trial Exhibit Stipulation |
| 05/19/25 | Hearing on Motions in Limine at 1:30 p.m. |
| 05/07/25 | Deadline to File:<br>Oppositions to Motions in Limine |
| 05/05/25 | Final Pretrial Conference at 1:30 p.m. |
| 04/30/25 | Deadline to File:<br>Motions in Limine (not to exceed 8 pages) |
| 04/28/25 | Deadline to File:<br>Proposed Pretrial Conference Order<br>Memoranda and Contentions of Fact and Law<br>Joint Witness List<br>Joint Exhibit List and Exhibit Stipulation<br>Proposed Verdict Form(s)<br>Proposed Jury Instructions / Disputed Jury Instructions<br>Proposed Voir Dire Questions<br>Joint Statement of the Case<br>Joint Status Report re: Settlement |
| 03/17/25 | Deadline for Hearing Motions* |
| 03/10/25 | Deadline to Conduct Settlement Conference |
| 02/18/25 | Expert Discovery Cutoff |
| 01/28/25 | Percipient/Fact Discovery Cutoff |

IT IS SO ORDERED.

DATE: March 15, 2024     By:     _____
                                  **HONORABLE OTIS D. WRIGHT II**